UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOROTHY SCOTT WILSON,

    Plaintiff,

v.                                        Case No. 8:16-cv-2767-T-33JSS

COLIN GOOD, on behalf of Peter
Philippou, ALEXANDER PHILIPPOU,
and MARTHA PHILIPPOU,

    Defendants.

-------------------------------/

**ORDER**

    This matter is before the Court on consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 4), filed on October 5, 2016, recommending that Plaintiff Dorothy Scott Wilson's Motion for Leave to Proceed *in forma pauperis* be denied and Wilson's Complaint be dismissed. As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, denies the Motion for Leave to Proceed *in forma pauperis*, and dismisses the Complaint.

## I.    **Background**

    Wilson, proceeding *pro se*, filed her Complaint on September 28, 2016. Wilson alleges that diversity

jurisdiction exists over her breach of contract claim under 28 U.S.C. § 1332, against Defendants Colin Good, Peter Philippou, Alexander Philippou, and Martha Philippou. (Doc. # 1). However, Wilson, a citizen of Florida, states that Peter Philippou, Alexander Philippou, and Martha Philippou reside in the United Kingdom, and Colin Good resides in Davenport, Florida. (Id.). Thereafter, Wilson filed a Motion for Leave to Proceed *in forma pauperis* (Doc. # 2), which was referred to Judge Sneed. Judge Sneed subsequently entered the Report and Recommendation considered herein.

## II.  Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno,

826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The Report and Recommendation (Doc. # 4) is **ACCEPTED** and **ADOPTED.**

(2)   Plaintiff Dorothy Scott Wilson's Motion for Leave to Proceed *in forma pauperis* (Doc. # 2) is **DENIED.**

(3)   Plaintiff Dorothy Scott Wilson's Complaint (Doc. # 1) is **DISMISSED** without prejudice and with leave to file an amended complaint by December 5, 2016.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 31st day of October, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE